██ In the Matter of HANNAH L. and Others, Infants. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; AMANDA L., Appellant. [977 NYS2d 922]—

Same memorandum as in *Matter of Hannah L. (Dwayne L.)*

(113 AD3d 1137 [2014]). Present—Centra, J.P., Peradotto, Carni, Lindley and Valentino, JJ.